UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK SMYLIE,<br><br>Plaintiff,<br><br>v.<br><br>PLUMAS COUNTY DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>Defendants. | No.  2:25-cv-02064-DC-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 8) |

Plaintiff, a county prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 10, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are adopted in full; and

1

    2. This action is dismissed for failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b).

    3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 24, 2025**

                                           Dena Coggins
                                           United States District Judge